**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** May 5, 2021 | **SEALED** |
| **USA v. Duran-Estrada et al** | **Case Number:** CR-21-00883-TUC-JGZ-BGM | |

**Assistant U.S. Attorney:**  Robert A. Fellrath (assigned)

**Defendant-1:**  Adrian Duran-Estrada

**Interpreter:**  N/A
**Attorney for Defendant:**  Richard Bacal for Tom Higgins, CJA
**Defendant:**  ☒ Present     ☒ Custody - Defendant consents to the hearing being conducted via video conference.

**Defendant-2:**  Kaitlan Rochelle Jacobs

**Interpreter:**  N/A
**Attorney for Defendant:**  Eric Manch, CJA
**Defendant:**  ☒ Present     ☒ Custody - Defendant consents to the hearing being conducted via video conference.

**INITIAL APPEARANCE HELD**

☒ Indictment Filed                                                                 **Date of Arrest: 5/4/2021**
☒ Based on the information provided to the Court by Mr. DeJoe, the Court finds that counsel cannot reasonably appear in person or via video conference and appears telephonically.
☐ Financial Affidavit taken          ☒ NO Financial Affidavit taken
☒ The Court takes judicial notice of the Pretrial Services Report and Complaint and finds defendants qualify for counsel and appoints Thomas Higgins (CJA) for Adrian Duran-Estrada and Eric Manch (CJA) for Kaitlan Rochelle Jacobs.
☒ Defendants state true name to be SAME.
    Further proceedings ORDERED in Defendant's true name.
☒ Counsel waives reading of the Complaint/Indictment
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is    ☒ Granted       ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
        ☒ 18§ 3142(f)    ☐ 18§ 3142(d)
PTS recommends detention; Gov't          ☒ concurs     ☐ objects

☒ **DETENTION/ARRAIGNMENT HEARING set for Monday, May 10, 2021 at 9:00 AM before Magistrate Judge Markovich in Courtroom 3A.**

| | |
|---|---|
| USA v. SEALED | **Date:** May 5, 2021 |
| **Case Number:** CR-21-00883-TUC-JGZ-BGM | Page 2 of 2 |
| | IA      0 min |
| Recorded By Courtsmart | **Start:** 4:46 pm |
| **Deputy Clerk** Cindy Stewart | **Stop:**  4:59 pm |

Copies to: AUSA (R. Fellrath), T. Higgins, E. Manch, PTS